NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1290, -1315

Steven Chu, SECRETARY OF ENERGY,

Appellant,

v.

THE BOEING COMPANY
(Successor-in-Interest of Rockwell International Corporation),

Appellee.

- - - - - - - - - - - - - - - - - - - - -

THE BOEING COMPANY
(Successor-in-Interest of Rockwell International Corporation),

Appellant,

v.

Steven Chu, SECRETARY OF ENERGY,

Appellee.

Appeals from the Civilian Board of Contract Appeals in case nos.
337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

ON MOTION

O R D E R

Upon consideration of the Secretary of Energy's motion for an extension of time,

until July 15, 2009, to file his response to The Boeing Company's motion to dismiss, and

The Boeing Company's motion to stay the briefing schedule pending disposition of the

motion to dismiss,

IT IS ORDERED THAT:

(1)    The Secretary's motion is granted.

(2)    The motion to stay the briefing schedule is granted.  The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

FOR THE COURT

JUN 23 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Domenique Kirchner, Esq.
       Richard J. Ney, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2009

JAN HORBALY
CLERK

2009-1290, -1315                    - 2 -